In the United States District Court for the Southern District of Maine

James Dorsey IN RE Foreign exchange Students with J-1 Visas

v.

Alliance Abroad and/or Department of Immigration

Petition for Writ of Habeas Corpus: Motion to be free from Involuntary Servitude, Peonage and/or Coercion

Come now, Petitioner James Dorsey IN RE "Foreign Exchange Students with J-1 Visas" Petitioner on behalf of all the prenamed students Petitions the Court for a Writ of Habeas Corpus in a motion to be free from "Involuntary Servitude", to be free from "Peonage", and/or "Coercion". Petitioner makes request for the following reasons:

① Such Students - to Petitioners knowledge - have no other person to act on their behalf.

② The Students are being "coerced" to perform labor against their will - with the threat of Deportation - if such labor was ~~such~~ was to stop.

### Parties:

James Dorsey IN RE - Foreign Exchange Students with J-1 Visas

v.

Alliance abroad and/or 702 West Ave Austin, Texas 78701
Department of Immigration

### Jurisdiction:

① Habeas Corpus clause of US Constitution in Articles and Amendments

② 13th Amendment to U.S. Constitution Prohibition to be free from "Involuntary Servitude",

## Petition for Writ of Habeas Corpus Page (2)

### Jurisdiction "Continued"

3) Any and all applicable Immigration laws
4) Any and all applicable Contract laws
5) Any and all Federal, State, City or Constitutional laws.

### Statement of Facts:

1) Petitioner came walking from store and asked girl where she was from - girl said that she was from Russia
2) Conversation continued to work and exchange program
3) girls complained that if they were to quit their jobs at fast food resteraunt - they would be deported back to Russia
4) girls begin complaining how they hate their jobs and job was too hard to do.
5) Petitioner began asking girls - what do you mean - if you quit your job - you will be deported back to Russia.
6) Response from girls - yes - we will be deported back to Russia - if we quit our jobs
7) Petitioners' response - they can't do that! - that is extortion and illegal under American law!
8) Girls - Response - it does not matter - "we have contract"
9) Petitioner to girls - let me investigate this. And let me see what I can do -
10) Petitioners investigations led him to discover that it was Involuntary Servitude and Coercion and that
4½) because they had - J-1 Visas - they could quit and go as they like.
11) Petitioner contacted Alliance Abroad - who told Petitioner that his facts weren't straight and that the Information I had was incorrect -

In The US District Court for the District of Southern Maine
"Petition for Writ of Habeas Corpus continued" Page 3

And that they will be deported for breaking contract
12) Petitioner told Alliance Abroad to go to Russia and sue them for breach of contract
13) Petitioner told Alliance Abroad - what is wrong with you - you don't tell someone that they will be <u>deported from my country</u> for "quitting a job at McDonalds"!
14) From Petitioners summation of facts - Petitioner concluded that these Students Civil Rights were being violated and that they were nothing short of <u>SLAVES</u> in violation of the 13th Amendment.

## Grounds For Relief

1) Petitioner alleges that such 8 threats of Deportation against students with J-1 Visas result in Slavery - and require Protection of the U.S. Constitution by way of US Courts. And Constitutions of United States Prohibition against "involuntary servitude".

## Additional Invoking of Jurisdiction:

Petitioner invokes on behalf of Students - deportation laws. A person being deported will be deported under Deportation Statues.

Petitioner Prays for relief in behalf of the foreign Exchange Students with J-1 Visas this day of June 30, 2003

James Dorsey (207) 899-2470
P.O. Box 4862
Portland ME 04112